**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000321**
**27-OCT-2017**
**10:39 AM**

NO. CAAP-17-0000321

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FIRST HAWAIIAN BANK, AS SUCCESSOR TRUSTEE UNDER THAT
CERTAIN TRUST AGREEMENT DATED SEPTEMBER 14, 1965, AS AMENDED,
Plaintiff/Counterclaim Defendant-Appellee,
v.
KATHLEEN ADAIR BROWN, also known as KATHLEEN A. BROWN and
KATHLEEN BROWN, Defendant-Appellant,
and
JESSE MACGREGOR BROWN, also known as JESSE M. BROWN and
JESSE BROWN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF ROBERT ADAIR HARDIN BROWN, also known as
ROBERT A.H. BROWN; KELLY MARIE AMOS, also known as KELLY M. AMOS
and KELLY AMOS; DEPARTMENT OF TAXATION, STATE OF HAWAI'I,
Defendants-Appellees,
and
ASSOCIATION OF APARTMENT OWNERS OF THE PALMS,
BY ITS BOARD OF DIRECTORS,
Defendant/Counterclaim Plaintiff-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-1923)


ORDER DISMISSING APPEAL
(By: Fujise, Presiding Judge, Leonard and Chan, JJ.)

Upon review of the record, it appears that:

(1) On April 3, 2017, Defendant-Appellant Kathleen
Adair Brown (Appellant) filed a notice of appeal;

(2) On May 23, 2017, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before June 2, 2017, and July 3, 2017, respectively;

(3) Appellant did not file either document or request an extension of time;

(4) On July 25, 2017, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 4, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant may request relief from default by motion; and

(5) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 27, 2017.

Presiding Judge

Associate Judge

Associate Judge

2